Marian F. Harrison
US Bankruptcy Judge

Dated: 8/21/2014

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 314-03688 |
| AMEEN A. AADIL, AND | ) |
| SHARON D. AADIL, | ) JUDGE MARIAN F. HARRISON |
| | ) |
| Debtors | ) CHAPTER 7 |
| | ) |

_____

## ORDER SETTING ASIDE ORDER GRANTING RELIEF
## AND RESETTING HEARING
_____

On July 29, 2014, Mesa Distributors, Inc. (hereinafter "Mesa"), filed a motion for relief from the automatic stay, and a preliminary hearing was set for August 19, 2014. The debtors did not file a written response. Prior to the hearing date, the Court entered an agreed order, signed by counsel for Mesa and for the Trustee, granting the motion for relief. The debtors appeared in Court on the hearing date and indicated that they did oppose the motion for relief. Based on the debtors' statements, the Court found that cause existed to set aside the order and allow the debtors an opportunity to file a written response to the motion for relief.

**IT IS, THEREFORE, ORDERED** that the order granting Mesa's motion for relief from the automatic stay is **VACATED**.

**IT IS FURTHER ORDERED** that the debtors, either through counsel or on their own, shall have up to and including Wednesday, September 10, 2014, in which to file an objection to Mesa's motion for relief. **If a written objection is filed, a preliminary hearing will be held on Tuesday, September 16, 2014, at 8:30 a.m., in Courtroom 1, 701 Broadway, Nashville, Tennessee.**

**IT IS FURTHER ORDERED** that if no written objection is filed in a timely manner, the order granting Mesa's motion for relief from the automatic stay will be reinstated.

**IT IS FURTHER ORDERED** that notice of this order shall be mailed to the debtors at 408 Holt Creek Court, Nashville, TN 37211.

**IT IS SO ORDERED.**

**This Order was signed and entered electronically as indicated at the top of the first page.**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.